Attorney General, *Judith Romney Wegner*, Special Asst. Attorney General, for plaintiff. *William F. Reilly*, Public Defender, for defendant.

C. A. No. 76-139. STATE *v.* DENNIS ISOM. Motion of defendant for an extension of time to file its brief to October 1, 1976 granted. If the brief is not filed by that time the appeal will be dismissed. *Julius C. Michaelson*, Attorney General, for plaintiff. *William F. Reilly*, Public Defender, *Barbara Hurst*, Asst. Public Defender, for defendant.

APPEAL No. 74-285. CHARLES L. JONES *v.* GRINNELL CORPORATION. Motion for counsel fee pursuant to G. L. 1956 (1968 Reenactment) §28-35-32 granted and petitioner is awarded a counsel fee of $1200. *Abedon, Stanzler, Biener, Skolnik & Lipsey, Howard I. Lipsey*, for petitioner. *Charles H. Anderson*, for respondent.

APPEAL No. 75-81. FREDERICK WILFRED MILLET *et al. v.* HOISTING ENGINEERS' LICENSING DIVISION OF THE DEPARTMENT OF LABOR, STATE OF RHODE ISLAND *et al.* Motion of defendant for an extension of time to file their brief to September 30, 1976 granted. *Lavine and Sutherland, Joseph DiGianfilippo*, for plaintiffs. *Julius C. Michaelson*, Attorney General, *W. Kenneth O'Donnell*, Special Asst. Attorney General, for defendants.

APPEAL No. 76-317. DOUGLAS CONSTRUCTION AND SUPPLY CORP. *v.* WHOLESALE CENTER OF NORTH MAIN STREET, INC. Motion of defendant for a stay of arbitration proceedings pending appeal denied. The stay previously ordered by this Court is dissolved. The parties are directed to file a memorandum within 20 days discussing the issue of whether or not the appeal in this case is piecemeal review and therefore subject to dismissal by this Court. See *Maloney* v. *Daley*, 115 R.I. 375, 346 A.2d 120 (1975). *Adler, Pollock & Sheehan Incorporated, Peter Lawson Kennedy*, for plaintiff. *Temkin, Merolla & Zurier, Amadeo C. Merolla*, for defendant.